IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIGIEFREDO ("SIG") SANCHEZ,

    Plaintiff,

vs.                      Case No.  13-CV-0656 KG/KBM

THE UNITED STATES DEPARTMENT OF
ENERGY AND DR. HENRY MONIZ, THE
UNITED STATES SECRETARY OF
ENERGY, IN HIS OFFICIAL CAPACITY,

    Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON PLAINTIFF'S MEMORANDUM BRIEF IN SUPPORT FOR MOTION FOR PARTIAL SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF ON THE ISSUE OF SUBJECT MATTER JURISDICTION**

    This Motion, having come before the Court on Plaintiff's Unopposed Motion for Leave to Exceed Page Limit on Plaintiff's Memorandum Brief in Support for Partial Summary Judgment in Favor of Plaintiff on the Issue of Subject Matter Jurisdiction, and the Court, having noted concurrence of opposing counsel, and being fully advised in the premises; FINDS:

    A hearing of the Motion is not necessary and Plaintiff's Motion to exceed the page limit by fourteen (14) pages is well-taken.

    **IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion for Leave to Exceed Page Limit on Plaintiff's Memorandum Brief in Support for Partial Summary Judgment in Favor of Plaintiff on the Issue of Subject Matter Jurisdiction is granted.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Bauman, Dow & León, P.C.

By: */s/ Mark C. Dow*
Mark C. Dow, Esq.
P.O. Box 30684
Albuquerque, NM 87190
Tel.: 505-883-3191
Fax: 505-883-3194
*Attorneys for Plaintiff*


Approved by:

STEVEN C. YARBROUGH
Acting United States Attorney


*/s/ Erin Langenwalter (approval via email)*
Erin Langenwalter
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
Tel: 505-346-7274
Fax: 346-7205