IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIGIEFREDO ("SIG") SANCHEZ,

    Plaintiff,

                                NO. 13-CV-00656-KG-KBM

vs.

THE UNITED STATES DEPARTMENT OF
ENERGY AND DR. HENRY MONIZ, THE
UNITED STATES SECRETARY OF
ENERGY, IN HIS OFFICIAL CAPACITY,

    Defendants.

**ORDER EXTENDING BRIEFING DEADLINES FOR**
**PARTIES DISPOSITIVE MOTIONS**

    This matter comes before the Court on the Parties' joint motion (Doc. 91) to extend the deadlines for filing their responses and replies to the dispositive motions that were filed April 15, 2015.

    The Court finds the motion is well taken and will be granted.

    IT IS HEREBY ORDERED that the parties will have until May 15, 2015, to serve and file their response briefs and until June 12, 2015, to file their reply briefs to the dispositive motions filed on April 15, 2015.

    IT IS SO ORDERED.

                                                              _____
                                                             UNITED STATED DISTRICT JUDGE

Submitted and Approved by:

*/s/ Approved via email 4/22 by DRS*
Mark C. Dow
Deborah R. Stambaugh
Bauman, Dow & Leon, P.C.
7309 Indian School Rd., NE
Albuquerque, NM   87190
505-883-3191
MCD@bdllawfirm.com
For Plaintiff

-and-

*/s/  Erin E. Langenwalter*
Howard R. Thomas
Erin E. Langenwalter
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1471
Erin.langenwalter@usdoj.gov
For Defendant