IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SIGIEFREDO ("SIG") SANCHEZ,

    Plaintiff,

vs.                                    Case No.  13-CV-00656 KG/KBM

THE UNITED STATES DEPARTMENT OF
ENERGY AND DR. HENRY MONIZ, THE
UNITED STATES SECRETARY OF
ENERGY, IN HIS OFFICIAL CAPACITY,

    Defendants.

**ORDER GRANTING JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

This Motion, having come before the Court on the Parties' Joint Motion for Leave to Exceed Page Limits for their respective responses to dispositive motions, due May 18, 2015, the Court being fully advised in the premises; FINDS:

A hearing of the Motion is not necessary and the Parties' Motion to exceed the page limit by six (6) pages (Plaintiff and Defendant) is well-taken.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for Leave to Exceed Page Limits is granted.

                                                UNITED STATES DISTRICT JUDGE

Submitted by:

Bauman, Dow & León, P.C.

By:    */s/ Mark C. Dow*
       Mark C. Dow, Esq.
       P.O. Box 30684
       Albuquerque, NM 87190
       Tel.:   505-883-3191
       Fax:   505-883-3194
       *Attorneys for Plaintiff*

-and-

       */s/ Erin Langenwalter (approved via email 5/14/15)*
       Erin Langenwalter
       Assistant U.S. Attorney
       P.O. Box 607
       Albuquerque, NM 87103
       Tel: 505-346-7274
       Fax: 346-7205