IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIGIEFREDO ("SIG") SANCHEZ,

    Plaintiff,

vs.                                             No. 13-CV-00656 KG/KBM

THE UNITED STATES DEPARTMENT OF
ENERGY AND DR. HENRY MONIZ, THE
UNITED STATES SECRETARY OF
ENERGY, IN HIS OFFICIAL CAPACITY,

    Defendants.

## ORDER GRANTING LEAVE TO EXCEED THE PAGE LIMITS FOR THE PARTIES' THREE (3) REPLY BRIEFS DUE JUNE 15, 2015

This matter comes before the Court on the Parties' joint motion for an order granting leave to extend the page limits by four (4) pages for the following Reply in Briefs:

1. Reply to Plaintiff's Response [DN 95] in opposition to Defendant's Motion for Summary Judgment [DN 89];

2. Reply to Defendant's Response [DN 98] to Plaintiff's Motion for Partial Summary Judgment on the Issue of Subject Matter Jurisdiction [DN 87]; and

3. Reply to Defendant's Response [DN 99] to Plaintiff's Motion for Summary Judgment that Defendant violated the Rehabilitations Act, 29 U.S.C. § 794 et. seq. [DN 88].

The Court finds motion is well taken and will be granted.

IT IS THEREFORE ORDERED that the parties are granted leave to exceed the page limits by four (4) pages for each of their respective reply briefs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted and Approved by:

*/s/ Mark C. Dow*
Mark C. Dow, Esq.
Deborah R. Stambaugh
Bauman, Dow & León, P.C.
P.O. Box 30684
Albuquerque, NM 87190
Tel.:   505-883-3191
MDC@bdllawfirm.com
DRS@bdllawfirm.com
*Attorneys for Plaintiff*

-and-

*/s/ Erin E. Langenwalter*
Howard R. Thomas
Erin E. Langenwalter
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM 87103
Tel:   505-346-7274
Erin.langenwalter@usdoj.gov
*Attorneys for Defendant*