IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SIGIEFREDO ("SIG") SANCHEZ,

      Plaintiff,

vs.                                No. CIV-13-00656-KG/LF

THE UNITED STATES DEPARTMENT
OF ENERGY AND DR. HENRY MONIZ,
THE UNITED STATES SECRETARY OF
ENERGY, IN HIS OFFICIAL CAPACITY,

      Defendants.

## ORDER GRANTING JUDGMENT ON THE PLEADINGS AND DISMISSAL OF ALL CLAIMS

Having granted Defendants' Motion for Judgment on the Pleadings and Memorandum of

Points and Authorities in Support Thereof (Doc. 27) and having determined that all of Plaintiff's

claims against Defendants will be dismissed with prejudice by a Memorandum Opinion and

Order entered contemporaneously with this Order Granting Judgment on the Pleadings and

Dismissal of All Claims,

      IT IS ORDERED that

      1.  judgment on the pleadings is entered in favor of Defendants on all claims in Plaintiff's

Complaint (Doc. 1), filed July 15, 2013;

      2.  Plaintiff's Rehabilitation Act claims against Defendants in Count I, Count II, and

Count III of the Complaint are dismissed with prejudice; and

      3.  Plaintiff's Fifth Amendment Due Process claim against Defendants in Count IV of the

Complaint is dismissed with prejudice, thereby terminating this lawsuit.

_____
UNITED STATES DISTRICT JUDGE