IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SIGIEFREDO SANCHEZ,

      Plaintiff,

  vs.                                    No. CIV 13-0656 KG/LF

STEPHEN CHU, *Hon., Secretary of*
*the United States Department of Energy*,

      Defendant.

## **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on **THURSDAY, NOVEMBER 16, 2017, AT 10:00 AM**. The parties shall call Judge Gonzales' Meet Me line at 505-348-2354 to be connected to the proceedings. *This line can only accommodate up to five (5) telephone lines, including the Courts; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.*

                                                _____
                                                UNITED STATES DISTRICT JUDGE