IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SIGIEFREDO "SIG" SANCHEZ,

     Plaintiff,

v.                                    Civ. No. 13-656 KG/LF

UNITED STATES DEPARTMENT
OF ENERGY AND DR. HENRY
MONIZ, UNITED STATES SECRETARY
OF ENERGY, IN HIS OFFICIAL CAPACITY,

     Defendants.

<u>ORDER DENYING CROSS MOTIONS FOR SUMMARY JUDGMENT</u>

     This matter is before the Court upon the parties' Cross Motions for Summary Judgment on Plaintiff's failure-to-accommodate claim under the Rehabilitation Act, 29 U.S.C. § 794(a). (Docs. 88 and 89).  The matters have been fully briefed, including supplemental briefing following an appeal.  (Docs. 95, 99, 102, 103, 126, 130, and 132).  The Court held a hearing on the Cross Motions for Summary Judgment on February 1, 2018 at 9:00 a.m.  Mark Dow and Deborah Stambaugh appeared for the Plaintiff, and Erin Langenwalter appeared for the Defendants.

     Having heard from counsel and reviewed the briefs and relevant law, the Court ruled that genuine issues of material fact preclude summary judgment on Plaintiff's failure-to-accommodate claim.  In accordance with the Court's oral ruling, and for the reasons stated on the record,

     IT IS ORDERED that the Cross Motions for Summary Judgment (Docs. 88 and 89) are denied.

\`

_____
UNITED STATES DISTRICT JUDGE