# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

SIGIEFREDO ("SIG") SANCHEZ,

    Plaintiff,

vs.                                                Case No. 13-CV-00656 KG-LF

THE UNITED STATES DEPARTMENT OF
ENERGY AND DR. HENRY MONIZ, THE
UNITED STATES SECRETARY OF
ENERGY, IN HIS OFFICIAL CAPACITY,

    Defendants.

## **STIPULATION OF DISMISSAL**

    Plaintiff, Sigiefredo Sanchez, and Defendants, United States Department of Energy and Dr. Henry Moniz, U.S. Secretary of Energy, in his official capacity, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with all parties to bear their own costs. This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

                                                            Respectfully submitted,

                                                            */s/ Electronically approved March 19, 2018*
                                                            MARK C. DOW
                                                            DEBORAH R. STAMBAUGH
                                                            P.O. Box 30684
                                                           Albuquerque, NM 87190-0684
                                                           (505) 883-3191
                                                           mcd@bdsfirm.com
                                                           drs@bdsfirm.com
                                                           *Attorneys for Plaintiff*

                                                           and

                                                           JOHN C. ANDERSON
                                                           United States Attorney

*/s/ Erin E. Langenwalter*
ERIN E. LANGENWALTER
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1471
erin.langenwalter@usdoj.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2018, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Erin E. Langenwalter*
ERIN E. LANGENWALTER
Assistant United States Attorney